**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
-------------------------------------------------------------x
In re                                          :
                                               :          Chapter 13
                                               :
                                               :
      JANELLE E. LYONS,                         :
                                               :
                                               :          Case No. 25-13969 (DJB)
                              Debtor.           :
-------------------------------------------------------------x
```

**PRAECIPE TO WITHDRAW CLAIM**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Claim No. 15, filed by the City of Philadelphia on February 26, 2026.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: May 8, 2026

By: */s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
Attorney for the City of Philadelphia
    and/or
Water Revenue Bureau
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
Email: Pamela.Thurmond@phila.gov